

# Fourth Court of Appeals
## San Antonio, Texas

March 11, 2014

No. 04-13-00490-CR

Cirilo **AVILES**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR9545
The Honorable Angus K. McGinty, Judge Presiding

# O R D E R

The State's second motion for extension of time is GRANTED. The State's brief is due April 8, 2014. NO FURTHER EXTENSIONS WILL BE GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of March, 2014.

_____
Keith E. Hottle
Clerk of Court